565 U.S. 935, 132 S. Ct. 386, 181 L. Ed. 2d 243, 2011 U.S. LEXIS 6390.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-5474. Moustapha Magassouba, Petitioner v. United States.**

565 U.S. 935, 132 S. Ct. 386, 181 L. Ed. 2d 243, 2011 U.S. LEXIS 6260, ▇▇▇

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 433 Fed. Appx. 10.

**No. 11-5550. Willie Hugh Morris, Petitioner v. United States.**

565 U.S. 935, 132 S. Ct. 386, 181 L. Ed. 2d 243, 2011 U.S. LEXIS 6473.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-5585. Stephen L. Edwards, Petitioner v. United States.**

565 U.S. 935, 132 S. Ct. 387, 181 L. Ed. 2d 243, 2011 U.S. LEXIS 6555.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-5633. Alfonzo Taft, Petitioner v. United States.**

565 U.S. 936, 132 S. Ct. 387, 181 L. Ed. 2d 243, 2011 U.S. LEXIS 6358.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 426 Fed. Appx. 208.

**No. 11-5641. Jose Gonzalez, Petitioner v. Florida.**

565 U.S. 936, 132 S. Ct. 387, 181 L. Ed. 2d 243, 2011 U.S. LEXIS 6251.

October 3, 2011. Motion of Florida Association of Criminal Defense Lawyers for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 50 So. 3d 633.